UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA
ANCHORAGE DIVISION

In re: WRANGELL SEAFOODS, INC.    §    Case No. 09-00012
                                                                                                    §
                                                                                                    §
                                                                                                    §
Debtor(s)                              §

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Nacole Jipping, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US BANKRUPTCY COURT CLERK
605 W 4TH AVE
SUITE 138
ANCHORAGE, AK 99501

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/04/2021                      By: /s/ NACOLE JIPPING, TRUSTEE
                                                                                         CHAPTER 7 TRUSTEE

Nacole Jipping
101 E 9th Ave, #5A
Anchorage, AK 99501
(907) 351-7929
jippingtrustee@gmail.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | | |
|---|---|---|
| In re:WRANGELL SEAFOODS, INC. | § § § § | Case No. 09-00012 |
| Debtor(s) | | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of :* | $ 50,892.09 |
| *and approved disbursements of:* | $ 910.25 |
| *leaving a balance on hand of[1]:* | $ 49,981.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | ACCEL FIRE SYSTEMS, INC. | 33,621.99 | 0.00 | 0.00 | 0.00 |
| 15S | MULTIFROST CCR LTD | 2,039.31 | 0.00 | 0.00 | 0.00 |
| 52S | SEATTLE TACOMA BOX CO. C/O JOSEPH GRUBE, ESQ | 244,794.90 | 0.00 | 0.00 | 0.00 |
| 69S | NORTHLAND SERVICES INC. | 19,709.24 | 0.00 | 0.00 | 0.00 |
| 84S | STATE OF ALASKA | 50,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 49,981.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Nacole Jipping | 2,544.60 | 0.00 | 2,544.60 |
| Trustee, Expenses - Nacole Jipping | 340.71 | 0.00 | 340.71 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Accountant for Trustee Fees (Other Firm) - RUSSELL E. MINKEMANN | 3,575.00 | 0.00 | 3,575.00 |
| Accountant for Trustee Expenses (Other Firm) - RUSSELL E. MINKEMANN | 87.75 | 0.00 | 87.75 |

Total to be paid for chapter 7 administrative expenses: $ 6,808.06
Remaining balance: $ 43,173.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 43,173.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $23,956.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | MORAN, ANTHONY | 0.00 | 0.00 | 0.00 |
| 6 | MASSIN, TONY | 0.00 | 0.00 | 0.00 |
| 7 | MASSIN, LAURA | 0.00 | 0.00 | 0.00 |
| 12 | MASSIN, CHESTER | 0.00 | 0.00 | 0.00 |
| 28 | DOW, LEVI S. | 0.00 | 0.00 | 0.00 |
| 29 | MESSMER, LUCAS | 0.00 | 0.00 | 0.00 |
| 30 | NATIONAL LABOR RELATIONS BOARD, REGION 19 | 0.00 | 0.00 | 0.00 |
| 31 | JEFFREY C. HAY | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 32P | LOFFTUS, PAUL | 0.00 | 0.00 | 0.00 |
| 33P | LOFFTUS, RHONDA | 0.00 | 0.00 | 0.00 |
| 35P | ELLIOTT, THERESA C/O BLAKE M CHUPKA ESQ | 0.00 | 0.00 | 0.00 |
| 36P | ELLIOTT, STEVEN C/O BLAKE M CHUPKA ESQ | 0.00 | 0.00 | 0.00 |
| 38P | VILLARMA, MICHAEL E. | 0.00 | 0.00 | 0.00 |
| 42P | THOMASSEN, STEVE JR. | 0.00 | 0.00 | 0.00 |
| 46P | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 48P | INLANDBOATMEN'S UNION OF THE PACIFIC NATIONAL HEALTH BENEFIT TRUST | 0.00 | 0.00 | 0.00 |
| 51P | BRENDIBLE, ALEX | 0.00 | 0.00 | 0.00 |
| 58P | BOOTH, STEVE | 0.00 | 0.00 | 0.00 |
| 59 | U.S. TRUSTEE'S OFFICE | 0.00 | 0.00 | 0.00 |
| 68 | WELLS, EUGENE | 0.00 | 0.00 | 0.00 |
| 70P | ATKINSON, ELDON | 0.00 | 0.00 | 0.00 |
| 74P | ROONEY, ROBERT | 0.00 | 0.00 | 0.00 |
| 77P | DOW, LEVI S. | 0.00 | 0.00 | 0.00 |
| 78 | POWELL, JOHN | 0.00 | 0.00 | 0.00 |
| 79P | MONTFORD, TERRENCE | 0.00 | 0.00 | 0.00 |
| 83 | ANGERMAN, SUMI | 0.00 | 0.00 | 0.00 |
| 84P | STATE OF ALASKA | 23,956.39 | 0.00 | 23,956.39 |
| 92 | JOHNSON, SHANE | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 23,956.39
Remaining balance: $ 19,217.39

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,446,827.03 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | MORAN, ANTHONY | 64,135.23 | 0.00 | 165.51 |
| 2 | TOWA FOODS CO, LTD | 0.00 | 0.00 | 0.00 |
| 3 | DELL FINANCIAL SERVICES, LLC COLLECTIONS/CONSUMER BANKRUPTCY | 11,084.48 | 0.00 | 28.60 |
| 4 | ACCEL FIRE SYSTEMS, INC. C/O DAVID M. FREEMAN, ESQ. | 35,992.11 | 0.00 | 92.88 |
| 5 | COMPUTER FORMS, INC. | 0.00 | 0.00 | 0.00 |
| 8 | MASSIN, LAURA | 10,200.00 | 0.00 | 26.32 |
| 9 | GONZALEZ, YOSHUA | 720.00 | 0.00 | 1.86 |
| 11 | CASCADE MACHINERY & ELECTRIC | 0.00 | 0.00 | 0.00 |
| 13 | HARDING'S OLD SOURDOUGH LODGE AKA ALASKAN SOURDOUGH LODGE | 1,632.78 | 0.00 | 4.21 |
| 14 | MONAHAN & BIAGI PLLC | 20,656.65 | 0.00 | 53.31 |
| 15U | MULTIFROST CCR LTD | 2,915.95 | 0.00 | 7.52 |
| 16 | TRIDENT SEAFOODS | 0.00 | 0.00 | 0.00 |
| 17 | RSM McGLADREY ATTN: JAN RIEND | 1,200.00 | 0.00 | 3.10 |
| 18 | ALASKA GROWTH CAPITAL BIDCO, INC. C/O BRUCE A. MOORE, ESQ. | 0.00 | 0.00 | 0.00 |
| 19 | ALASKA GROWTH CAPITAL BIDCO, INC. C/O BRUCE A. MOORE, ESQ. | 4,685,486.14 | 0.00 | 12,091.43 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 20 | ALASKA GROWTH CAPITAL BIDCO, INC. C/O BRUCE A. MOORE, ESQ. | 448,122.50 | 0.00 | 1,156.43 |
| 21 | BREAKAWAY ADVENTURES | 0.00 | 0.00 | 0.00 |
| 22 | CITY MARKET | 563.91 | 0.00 | 1.46 |
| 23 | LFS INC. | 2,421.62 | 0.00 | 6.25 |
| 25 | JOHN TAYLOR AND SONS INC. | 9,562.63 | 0.00 | 24.68 |
| 26 | CHEYENNE SCALE CO. | 10,100.11 | 0.00 | 26.06 |
| 27 | ALASKA MARINE LINES | 32,661.22 | 0.00 | 84.29 |
| 32U | LOFFTUS, PAUL | 600.00 | 0.00 | 1.55 |
| 33U | LOFFTUS, RHONDA | 343.93 | 0.00 | 0.89 |
| 35U | ELLIOTT, THERESA C/O BLAKE M. CHUPKA ESQ | 20,549.94 | 0.00 | 53.03 |
| 36U | ELLIOTT, STEVEN C/O BLAKE M CHUPKA ESQ | 10,255.06 | 0.00 | 26.46 |
| 37 | STEVE NORTON ENTERPRISES LLC C/O BLAKE M. CHUPKA, ESQ. | 877,268.76 | 0.00 | 2,263.89 |
| 38U | VILLARMA, MICHAEL E. | 2,840.33 | 0.00 | 7.33 |
| 39 | DOUBLE E FOODS LLC | 32,914.29 | 0.00 | 84.94 |
| 40 | LEWIS, GARY & ALISON | 10,000.00 | 0.00 | 25.81 |
| 41 | LYNDEN TRANSPORT INC. | 30,403.23 | 0.00 | 78.46 |
| 42U | THOMASSEN, STEVE JR. | 40,731.96 | 0.00 | 105.11 |
| 43 | BARREN ISLANDS FISH & OYSTER CO. | 73,791.79 | 0.00 | 190.43 |
| 45 | CHARLES S JENKINS | 1,621.02 | 0.00 | 4.18 |
| 47 | CAMPBELL, LEONARD & LYNNE | 0.00 | 0.00 | 0.00 |
| 48U | INLANDBOATMEN'S UNION OF THE PACIFIC NATIONAL HEALTH BENEFIT TRUST | 0.00 | 0.00 | 0.00 |
| 49 | THOMAS, HEAD & GREISEN APC | 16,795.72 | 0.00 | 43.34 |
| 51U | BRENDIBLE, ALEX | 3,695.85 | 0.00 | 9.54 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 52U | SEATTLE TACOMA BOX CO. C/O JOSEPH GRUBE, ESQ | 244,794.90 | 0.00 | 631.72 |
| 53 | WASHINGTON LIFTRUCK INC. | 25,833.06 | 0.00 | 66.67 |
| 56 | HARRI PLUMBING & HEATING | 961.43 | 0.00 | 2.48 |
| 57 | PARITY CORPORATION | 11,697.50 | 0.00 | 30.19 |
| 58U | BOOTH, STEVE | 9,089.10 | 0.00 | 23.46 |
| 60 | TRIDENT SEAFOODS CORPORATION | 29,713.04 | 0.00 | 76.68 |
| 62 | CAMPBELL, LEONARD & LYNNE | 90,700.00 | 0.00 | 234.06 |
| 63 | CAREW, SHANE ESQ. | 1,010.00 | 0.00 | 2.61 |
| 64 | JAMES, CLIFFORD F. CPA | 0.00 | 0.00 | 0.00 |
| 65 | COMPUTER FORMS, INC. | 356.14 | 0.00 | 0.92 |
| 66 | NORRIS GIFT SHOP | 7,671.90 | 0.00 | 19.80 |
| 67 | LOGIX | 1,192.00 | 0.00 | 3.08 |
| 69U | NORTHLAND SERVICES INC. | 19,709.24 | 0.00 | 50.86 |
| 70U | ATKINSON, ELDON | 3,794.06 | 0.00 | 9.79 |
| 71 | CASCADE MACHINERY & ELECTRIC | 2,197.72 | 0.00 | 5.67 |
| 72 | BREAKAWAY ADVENTURES | 3,049.50 | 0.00 | 7.87 |
| 73 | BELLINGHAM COLD STORAGE | 7,209.37 | 0.00 | 18.60 |
| 74U | ROONEY, ROBERT | 39,367.91 | 0.00 | 101.59 |
| 77U | DOW, LEVI S. | 50,450.00 | 0.00 | 130.19 |
| 79U | MONTFORD, TERENCE D. | 66,479.00 | 0.00 | 171.56 |
| 81 | EC PHILLIPS & SONS | 0.00 | 0.00 | 0.00 |
| 82 | KERR MCVEY SHEAFER & ASSOC. | 1,772.50 | 0.00 | 4.57 |
| 85 | HARRIS ELECTRIC INC. | 349,460.75 | 0.00 | 901.82 |
| 86 | BBFM ENGINEERS, INC. | 14,890.00 | 0.00 | 38.43 |
| 87 | LABELING SERVICES INC. | 1,521.23 | 0.00 | 3.93 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 89 | EC PHILLIPS & SONS | 2,904.00 | 0.00 | 7.49 |
| 90 | SEATTLE TACOMA BOX CO. C/O JOSEPH GRUBE, ESQ | 0.00 | 0.00 | 0.00 |
| 91 | ROONEY, BRIAN S. | 1,735.47 | 0.00 | 4.48 |

Total to be paid for timely general unsecured claims:    $    19,217.39
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for tardily filed general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $2,831,295.60 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 24 | HAY, MICHAEL | 11,733.00 | 0.00 | 0.00 |
| 34 | EAGLE, BRENNON & SUSAN C/O BLAKE M CHUPKA ESQ | 111,585.97 | 0.00 | 0.00 |
| 44 | ANGERMAN, FRED SR. OR ANGERMAN, MERCEDES | 41,447.00 | 0.00 | 0.00 |
| 46U | INTERNAL REVENUE SERVICE | 326,031.99 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 50 | WYATT REFRIGERATION CO. C/O MICHAEL J. PARISE, ESQ. | 1,854,520.93 | 0.00 | 0.00 |
| 54 | AWERS, INC. | 170,300.00 | 0.00 | 0.00 |
| 55 | AWERS, INC. | 238,000.00 | 0.00 | 0.00 |
| 61 | BUNESS, OLIVER | 20,000.00 | 0.00 | 0.00 |
| 75 | ROONEY, ROBERT | 10,000.00 | 0.00 | 0.00 |
| 76 | ROONEY, ROBERT | 20,000.00 | 0.00 | 0.00 |
| 80 | ROPELL, FRANKLIN | 10,000.00 | 0.00 | 0.00 |
| 84U | STATE OF ALASKA | 12,676.71 | 0.00 | 0.00 |
| 88 | KOHRT, RICHARD KEENE | 5,000.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $              0.00
Remaining balance:                          $              0.00


Prepared By: /s/ NACOLE JIPPING, TRUSTEE
CHAPTER 7 TRUSTEE

Nacole Jipping
101 E 9th Ave, #5A
Anchorage, AK 99501
(907) 351-7929
jippingtrustee@gmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**