K09-00012

Printed: 10/27/21 11:33 AM
Page: 1

# Claims Distribution - Small Dividends

Trustee: AK03 Nacole Jipping (230030)

Case: 09-00012 WRANGELL SEAFOODS, INC.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | 135 | 10/20/21 | | | Payee: | US BANKRUPTCY COURT CLERK | | Check Amount: | | $39.32 |
| | | | 9 | 02/06/09 | 610 | GONZALEZ, YOSHUA<br>PO BOX 2027<br>WRANGELL, AK 99929 | 720.00 | 720.00 | 1.86 | 1.86 |
| | | | 13 | 02/09/09 | 610 | HARDING'S OLD SOURDOUGH LODGE AKA ALASKAN SOURDOUGH LODGE<br>PO BOX 1062<br>WRANGELL, AK 99929-1062 | 1,632.78 | 1,632.78 | 4.21 | 4.21 |
| | | | 17 | 02/13/09 | 610 | RSM McGLADREY ATTN: JAN RIEND<br>ONE S WACKER DR, STE 800<br>CHICAGO, IL 60606 | 1,200.00 | 1,200.00 | 3.10 | 3.10 |
| | | | 22 | 02/20/09 | 610 | CITY MARKET<br>PO BOX 140<br>WRANGELL, AK 99929-0140 | 563.91 | 563.91 | 1.46 | 1.46 |
| | | | 32U | 03/05/09 | 610 | LOFFTUS, PAUL<br>PO Box 2016<br>Wrangell, AK 99929-2016 | 0.00 | 600.00 | 1.55 | 1.55 |
| | | | 33U | 03/05/09 | 610 | LOFFTUS, RHONDA<br>PO Box 2016<br>Wrangell, AK 99929 | 0.00 | 343.93 | 0.89 | 0.89 |
| | | | 45 | 03/31/09 | 610 | CHARLES S JENKINS JENKINS WELDING<br>PO BOX 1483<br>WRANGELL, AK 99929 | 1,621.02 | 1,621.02 | 4.18 | 4.18 |
| | | | 56 | 05/26/09 | 610 | HARRI PLUMBING & HEATING<br>809 W 12TH ST<br>JUNEAU, AK 99801-1599 | 961.43 | 961.43 | 2.48 | 2.48 |

RECEIPT # 24935
FEE AMT $39.32 INT

FILED
NOV - 1 2021
CLERK
U.S. BANKRUPTCY COURT
BY_____ DEPUTY CLERK

# Claims Distribution - Small Dividends

Trustee: AK03 Nacole Jipping (230030)

Case: 09-00012 WRANGELL SEAFOODS, INC.

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | 63 | 10/26/09 | 610 | CAREW, SHANE ESQ.<br>5450 CALIFORNIA AVE SW, STE 101<br>SEATTLE, WA 98136 | 1,010.00 | 1,010.00 | 2.61 | 2.61 |
| | | 65 | 10/26/09 | 610 | COMPUTER FORMS, INC.<br>PO BOX 23456<br>PORTLAND, OR 97281-3456 | 356.14 | 356.14 | 0.92 | 0.92 |
| | | 67 | 10/29/09 | 610 | LOGIX<br>10518 NE 68TH ST<br>KIRKLAND, WA 98033 | 1,192.00 | 1,192.00 | 3.08 | 3.08 |
| | | 82 | 12/28/09 | 610 | KERR MCVEY SHEAFER & ASSOC.<br>1501 W 29TH AVE<br>ANCHORAGE, AK 99503-3619 | 1,772.50 | 1,772.50 | 4.57 | 4.57 |
| | | 87 | 01/11/10 | 610 | LABELING SERVICES INC.<br>PO BOX 94005<br>SEATTLE, WA 98124-9405 | 1,521.23 | 1,521.23 | 3.93 | 3.93 |
| | 91 | | 01/12/10 | 610 | ROONEY, BRIAN S.<br>F/V ALDA B<br>PO BOX 2265<br>WRANGELL, AK 99929-2265 | 13,733.62 | 1,735.47 | 4.48 | 4.48 |